IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>  Plaintiff,<br><br>v.<br><br>SONY GROUP CORP. and SONY INTERACTIVE ENTERTAINMENT INC.,<br><br>  Defendants. | Case No. 2:22-cv-00424-JRG-RSP<br><br>**JURY DEMANDED** |

**P.R. 4-5 JOINT CLAIM CONSTRUCTION CHART**

    Pursuant to Local Patent Rule 4-5, and the Court's Docket Control Order (Dkt. No. 24), Plaintiff Resonant Systems, Inc. d/b/a RevelHMI ("Resonant") and Defendants Sony Group Corp. and Sony Interactive Entertainment Inc. (collectively, "Defendants") (all together, the "parties") file this Joint Claim Construction Chart. This chart addresses the agreed and disputed claim terms and phrases from the asserted claims of the following patents: U.S. Patent Nos. 8,860,337 ("'337 Patent"), 9,369,081 ("'081 Patent"), and U.S. Patent No. 9,941,830 ("'830 Patent").

Dated:  May 30, 2024                                                                  Respectfully submitted,

/s/ *Mark C. Lang*
Eric A. Buresh
KS Bar No. 19895
Mark C. Lang
KS Bar No. 26185
ERISE IP, P.A.
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: eric.buresh@eriseip.com
Email: mark.lang@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

***Attorneys for Defendants Sony Group Corporation and Sony Interactive Entertainment Inc.***

/s/ *Reza Mirzaie*
Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347
ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff***
***Resonant Systems, Inc. d/b/a RevelHMI***

| Asserted claim of the '337 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 2. **A linear vibration module comprising**:<br><br>a housing;<br><br>a moveable component[1];<br><br>a power supply;<br><br>user-input features;<br><br>**a driving component that drives the moveable component in each of two opposite directions within the housing**; and<br><br>**a control component that controls supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by** | Preamble.<br><br>'337 Patent, Claim 2 | The preamble is not limiting. | The preamble is limiting. | |
| | "a driving component that drives the moveable component in each of two opposite directions within the housing"<br><br>'337 Patent, claim 2 | **AGREED** | **AGREED** | Subject to 35 U.S.C. § 112 ¶ 6.<br><br>**Function**: driving the moveable component in each of two opposite directions within the housing<br><br>**Structures**: one or more coils or electromagnets; and equivalents thereof |
| | "vibration module"<br><br>'337 Patent, claim 2 | No construction necessary; plain and ordinary meaning | "vibrating device" | |
| | "a control component that controls supply of | Subject to 35 U.S.C. § 112 ¶ 6 | Subject to 35 U.S.C. § 112 ¶ 6 | |

---

[1] Defendants are no longer seeking to construe "moveable component."

| Asserted claim of the '337 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **user input received from the user-input features**, wherein the control component drives simultaneous oscillation of the moveable component at two or more frequencies to generate complex vibration modes. | power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by user input received from the user-input features"<br><br>'337 Patent, claim 2 | **Function**: "controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by user input received from user-input features"<br><br>**Structures**: oscillator circuit; microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>[if an algorithm is required] Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps: (a) | **Function**: "controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by user input received from user-input features"<br><br>**Structures**: an oscillator circuit, a microcontroller with internal or external memory, a processor, a CPU, or a microprocessor contained within the vibrating device where the microcontroller, processor, CPU, or microprocessor are programmed with an algorithm comprising the following steps: (a) set the mode and strength to values representing selections | |

| Asserted claim of the '337 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | set the mode and strength to [default values or] values representing selections made by user input to the user input features; and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component | made by user input to the user input features; and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component and equivalents thereof | |
| 3. The linear vibration module of claim 2 wherein the complex vibration modes include:<br><br>**a primary oscillation frequency modulated** by a modulating oscillation frequency;<br><br>**a beat frequency**; and | "a primary oscillation frequency modulated by a modulating oscillation frequency"<br><br>'337 Patent, claim 3 | No construction necessary; plain and ordinary meaning | "a primary oscillation frequency modulated by a modulating oscillation frequency to produce low frequency pulses of high-frequency vibration such as depicted in Fig. 22B" | |
| | "a beat frequency"<br><br>'337 Patent, claim 3 | No construction necessary; plain and ordinary meaning | "two driving frequencies combine to produce a lower frequency beat waveform such as depicted in Fig. 23" | |

5

| Asserted claim of the '337 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **an aperiodic oscillation waveform**. | "an aperiodic oscillation waveform"<br><br>'337 Patent, claim 3 | No construction necessary; plain and ordinary meaning | "a vibration waveform that does not repeat in time" | |

| Asserted claim of the '081 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1. **A linear vibration module comprising:**<br><br>a housing;<br><br>a moveable component[2];<br><br>a power supply;<br><br>user-input features;<br><br>**a driving component that drives the moveable component in each of two opposite directions within the housing**; and<br><br>**a control component that controls supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by user input received** | Preamble<br><br>'081 Patent, claim 1 | AGREED | AGREED | The preamble is limiting. |
| | "vibration module"<br><br>'081 Patent, claim 1 | No construction necessary; plain and ordinary meaning | "vibrating device" | |
| | "a driving component that drives the moveable component in each of two opposite directions within the housing"<br><br>'081 Patent, claim 1 | AGREED | AGREED | Subject to 35 U.S.C. § 112 ¶ 6.<br><br>**Function**: driving the moveable component in each of two opposite directions within the housing<br><br>**Structures**: one or more coils or electromagnets; and equivalents thereof |
| | "a control component that controls supply of power from the power supply to the driving | Subject to 35 U.S.C. § 112 ¶ 6<br><br>**Function**: | Subject to 35 U.S.C. § 112 ¶ 6<br><br>**Function**: | |

---

[2] Defendants are no longer seeking to construe "moveable component."

7

| Asserted claim of the '081 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **from the user-input features**. | component to cause the moveable component to oscillate at a frequency and an amplitude specified by user input received from the user-input features"<br><br>'081 Patent, claim 1 | controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by user input received from user-input features"<br><br>**Structures**: oscillator circuit; microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>[if an algorithm is required] Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps: (a) set the mode and strength to [default | "controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by user input received from user-input features"<br><br>**Structures**: an oscillator circuit, a microcontroller with internal or external memory, a processor, a CPU, or a microprocessor contained within the vibrating device where the microcontroller, processor, CPU, or microprocessor are programmed with an algorithm comprising the following steps: (a) set the mode and strength to values representing selections made by user input to the user input features; | |

| Asserted claim of the '081 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | values or] values representing selections made by user input to the user input features; and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component | and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component and equivalents thereof | |
| 4. The linear vibration module of **claim 1** wherein the control component adjusts **the one or more operational control outputs of the control component** according to the received output signals from the sensors in order that subsequent operation of the linear vibration module produces desired outputs from the one or more sensors corresponding to one or | "the one or more operational control outputs of the control component"<br><br>'081 Patent, claim 4 | Plain and ordinary meaning; not indefinite | Indefinite | |
| | "claim 1"<br><br>'081 Patent, claim 4 | "claim 3" | Plain and ordinary meaning | |

| Asserted claim of the '081 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| more operational control parameters. | | | | |
| 5. The linear vibration module of claim 4 wherein the one or more operational control parameters is **a strength of vibration produced by the linear oscillation of the moveable component**; and wherein the one or more operational control outputs is a frequency at which the control component drives the moveable component to linearly oscillate, the control component dynamically adjusting the power supplied to the driving component to produce linear oscillation of the movable component at a resonant frequency for | "a strength of vibration produced by the linear oscillation of the moveable component" '081 Patent, claim 5 | No construction necessary; plain and ordinary meaning | "a value that corresponds to the amount of current applied to the driving component" | |

| Asserted claim of the '081 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| the linear vibration module. | | | | |

| Asserted claim of the '830 Patent | Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 1. **A vibration module comprising**: a housing; a moveable component[3]; a power supply; user-input features; **a driving component that drives the moveable component to oscillate within the housing;** and **a control component that controls supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by one or more stored values**. | Preamble<br><br>'830 Patent, claim 1 | **AGREED** | **AGREED** | The preamble is limiting. |
| | "vibration module"<br><br>'830 Patent, claim 1 | No construction necessary; plain and ordinary meaning | "vibrating device" | |
| | "a driving component that drives the moveable component in each of two opposite directions within the housing"<br><br>'830 Patent, claim 1 | **AGREED** | **AGREED** | Subject to 35 U.S.C. § 112 ¶ 6.<br><br>**Function**: driving the moveable component to oscillate within the housing<br><br>**Structures**: one or more coils or electromagnets; and equivalents thereof |
| | "a control component that controls supply of power from the power supply to the driving component to cause the | Subject to 35 U.S.C. § 112 ¶ 6<br><br>**Function**: | Subject to 35 U.S.C. § 112 ¶ 6<br><br>**Function**: | |

---

[3] Defendants are no longer seeking to construe "moveable component."

| | | | | |
|---|---|---|---|---|
| | moveable component to oscillate at a frequency and an amplitude specified by one or more stored values"<br><br>'830 Patent, claim 1 | "controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by one or more stored values"<br><br>**Structures**:<br>oscillator circuit; microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>[if an algorithm is required] Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps: (a) set the mode and strength to [default values or] values representing selections made by user input to | "controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by one or more stored values"<br><br>**Structures**:<br>an oscillator circuit, a microcontroller with internal or external memory, a processor, a CPU, or a microprocessor contained within the vibrating device where the microcontroller, processor, CPU, or microprocessor are programmed with an algorithm comprising the following steps: (a) set the mode and strength to default values; and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to | |

| | | | | |
|---|---|---|---|---|
| | | the user input features; and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component | the driving component and equivalents thereof | |
| 4. The vibration module of **claim 1** wherein the control component adjusts **the one or more operational control outputs of the control component** according to the received output signals from the sensors in order that subsequent operation of the vibration module produces desired outputs from the one or more sensors corresponding to one or more operational control parameters. | "the one or more operational control outputs of the control component"<br><br>'830 Patent, claim 4 | Plain and ordinary meaning; not indefinite | Indefinite | |
| | "claim 1"<br><br>'830 Patent, claim 4 | "claim 3" | Plain and ordinary meaning | |
| 5. The vibration module of claim 4 wherein the one or more operational control parameters is **a** | "a strength of vibration produced by the linear oscillation of the moveable component" | No construction necessary; plain and ordinary meaning | "a value that corresponds to the amount of current applied to the driving | |

| | | | | |
|---|---|---|---|---|
| **strength of vibration produced by the oscillation of the moveable component**; and<br><br>wherein the one or more operational control outputs is a frequency at which the control component drives the moveable component to oscillate, the control component dynamically adjusting the power supplied to the driving component to produce oscillation of the movable component at a resonant frequency for the vibration module. | '830 Patent, claim 5 | | component" | |
| 16. The vibration module of claim 15 wherein the complex vibration modes include:<br><br>**a primary oscillation frequency modulated by a modulating oscillation frequency;** | "a primary oscillation frequency modulated by a modulating oscillation frequency"<br><br>'830 Patent, claim 16 | No construction necessary; plain and ordinary meaning | "a primary oscillation frequency modulated by a modulating oscillation frequency to produce lowfrequency pulses of high-frequency vibration such as depicted in Fig. 22B" | |
| | "a beat frequency"<br><br>'830 Patent, claim 16 | No construction necessary; plain and ordinary meaning | "two driving frequencies combine to produce a lower | |

15

| | | | | |
|---|---|---|---|---|
| **a beat frequency; and**<br><br>**an aperiodic oscillation waveform.** | | | frequency beat waveform such as depicted in Fig. 23" | |
| | "an aperiodic oscillation waveform"<br><br>'830 Patent, claim 16 | No construction necessary; plain and ordinary meaning | "a vibration waveform that does not repeat in time" | |
| 20. **A vibration module comprising**:<br><br>a housing;<br><br>a moveable component[4];<br><br>a power supply;<br><br>user-input features;<br><br>**a driving component that drives the moveable component to oscillate within the housing**; and<br><br>**a control component that controls supply of power from the power supply to the driving component to cause the moveable** | Preamble<br><br>'830 Patent, claim 20 | **AGREED** | **AGREED** | The preamble is limiting. |
| | "vibration module"<br><br>'830 Patent, claim 20 | No construction necessary; plain and ordinary meaning | "vibrating device" | |
| | "a driving component that drives the moveable component in each of two opposite directions within the housing"<br><br>'830 Patent, claim 20 | **AGREED** | **AGREED** | Subject to 35 U.S.C. § 112 ¶ 6.<br><br>**Function**: driving the moveable component to oscillate within the housing<br><br>**Structures**: one or more coils or electromagnets; and equivalents thereof |

---

[4] Defendants are no longer seeking to construe "moveable component."

16

| | | | | |
|---|---|---|---|---|
| **component to oscillate at a frequency and an amplitude specified by one or more stored values**, <br><br>wherein the control component drives simultaneous oscillation of the moveable component at two or more frequencies to generate complex vibration modes. | "a control component that controls supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by one or more stored values"<br><br>'830 Patent, claim 20 | Subject to 35 U.S.C. § 112 ¶ 6<br><br>**Function**:<br>"controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by one or more stored values"<br><br>**Structures**:<br>oscillator circuit; microcontroller with internal or external memory; processor; CPU; microprocessor; and equivalents thereof<br><br>[if an algorithm is required] Where the corresponding structure is a processor, CPU, or microprocessor, the processor / CPU / microprocessor is programmed with an algorithm comprising the following steps: (a) set the mode and | Subject to 35 U.S.C. § 112 ¶ 6<br><br>**Function**:<br>"controlling supply of power from the power supply to the driving component to cause the moveable component to oscillate at a frequency and an amplitude specified by one or more stored values"<br><br>**Structures**:<br>an oscillator circuit, a microcontroller with internal or external memory, a processor, a CPU, or a microprocessor contained within the vibrating device where the microcontroller, processor, CPU, or microprocessor are programmed with an algorithm comprising the following steps: (a) set the mode and strength to default values; and (b) provide a corresponding output | |

17

| | | | | |
|---|---|---|---|---|
| | | strength to [default values or] values representing selections made by user input to the user input features; and (b) provide a corresponding output to the power supply so that the power supply provides a corresponding output to the driving component | to the power supply so that the power supply provides a corresponding output to the driving component and equivalents thereof | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I served the foregoing document via electronic service on all counsel of record.

/s/ *Reza Mirzaie*
Reza Mirzaie