IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>Plaintiff,<br><br>v.<br><br>SONY GROUP CORPORATION and SONY INTERACTIVE ENTERTAINMENT INC.,<br><br>Defendants. | Case No. 2:22-cv-424-JRG<br><br>**LEAD CASE** |

## UNOPPOSED MOTION AND APPLICATION FOR ISSUANCE OF COMMISSION FOR DEPOSITION TO BE TAKEN AT THE UNITED STATES EMBASSY AT TOKYO, JAPAN

Plaintiff Resonant Systems, Inc. d/b/a RevelHMI ("Revel") hereby files this unopposed motion and application pursuant to Article 17 of the United States – Japan Consular Convention for a calligraphically signed Order that:

The deposition of Masahito Asai, whom Defendants have designated as a witness in response to Rule 30(b)(6) and/or individual deposition notices be taken at the United States Embassy in Tokyo, Japan on or about July 29, 2024, and for a commission to mark any documentary exhibits in connection therewith.

Plaintiff further requests that the testimony of said witness be reduced to writing and the depositions be signed by said witness and said deposition be annexed to an official commission, sealed, and returned to this Court with all convenient speed.

A proposed form of the commission is attached hereto.

Dated: June 28, 2024                                    Respectfully submitted,

*/s/ Paul A. Kroeger*
Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347
ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff***
***Resonant Systems, Inc. d/b/a RevelHMI***

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff met and conferred with Counsel for Defendants on June 20, 2024. Counsel for Defendants do not oppose this motion.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document is being served through CM/ECF on June 28, 2024.

*/s/ Paul A. Kroeger*
Paul A. Kroeger