# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC. | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0424-JRG |
| | § | |
| SONY GROUP CORPORATION, ET AL. | § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
July 3, 2024

**OPEN:** 9:00 am                                             **ADJOURN:** 9:51 am

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | Kris Davis |
| | Peter Tong |
| ATTORNEY FOR DEFENDANTS: | Mark Lang |
| | Nick Apel |
| | Travis Underwood |
| TECHNICAL ADVISOR: | Mike Paul |
| LAW CLERK: | Joshua Sheufler |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Peter Tong introduced co-counsel and announced ready. Travis Underwood introduced co-counsel and announced ready.

The Court heard argument on a term by term basis. Peter Tong and Kris Davis presented argument on behalf of Plaintiff. Mark Lang and Nick Apel presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.