IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>            Plaintiff,<br><br>   v.<br><br>SONY GROUP CORPORATION and SONY INTERACTIVE ENTERTAINMENT INC.,<br><br>            Defendants. | Case No. 2:22-cv-424-JRG<br><br>**LEAD CASE** |

### UNOPPOSED MOTION AND APPLICATION FOR ISSUANCE OF AMENDED COMMISSION FOR DEPOSITION TO BE TAKEN AT THE UNITED STATES EMBASSY AT TOKYO, JAPAN

Plaintiff Resonant Systems, Inc. d/b/a RevelHMI ("Revel") hereby files this unopposed motion and application for an amended comission pursuant to Article 17 of the United States – Japan Consular Convention for a calligraphically signed Order that:

The deposition of Masahito Asai, whom Defendants have designated as a witness in response to Rule 30(b)(6) and/or individual deposition notices be taken at the United States Embassy in Tokyo, Japan on or about July 29, 2024, and for a commission to mark any documentary exhibits in connection therewith.

Plaintiff further requests that the testimony of said witness be reduced to writing and the depositions be signed by said witness and said deposition be annexed to an official commission, sealed, and returned to this Court with all convenient speed.

The amended commission is necessary to add an additional attorney for Plaintiff, Jacob Buzcko, who it is anticipated will appear remotely to take the deposition.

A proposed form of the amended commission is attached hereto.

1

Dated: July 10, 2024                                   Respectfully submitted,

                                                              */s/ Paul A. Kroeger*
                                                              Reza Mirzaie
                                                              California Bar No. 246953
                                                              rmirzaie@raklaw.com
                                                              Kristopher Davis
                                                              California Bar No. 329627
                                                              kdavis@raklaw.com
                                                              Christian W. Conkle
                                                              California Bar No. 306374
                                                              cconkle@raklaw.com
                                                              Jason Wietholter
                                                              California Bar No. 337139
                                                              jwietholter@raklaw.com
                                                              Paul A. Kroeger
                                                              California Bar No. 229074
                                                              kroeger@raklaw.com
                                                              Qi Tong
                                                              California Bar No. 330347
                                                              ptong@raklaw.com
                                                              Jacob R. Buczko
                                                              California Bar No. 269408
                                                              jbuczko@raklaw.com
                                                              **RUSS AUGUST & KABAT**
                                                              12424 Wilshire Blvd. 12th Floor
                                                              Los Angeles, CA 90025
                                                              Phone: (310) 826-7474
                                                              Facsimile: (310) 826-6991

                                                              ***Attorneys for Plaintiff***
                                                              ***Resonant Systems, Inc. d/b/a RevelHMI***

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff met and conferred with Counsel for Defendants on June 20, 2024. Counsel for Defendants do not oppose this motion.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document is being served through CM/ECF on July 10, 2024.

*/s/ Paul A. Kroeger*
Paul A. Kroeger