IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, <br><br> Plaintiff, <br><br> v. <br><br> SONY GROUP CORPORATION and SONY INTERACTIVE ENTERTAINMENT INC., <br><br> Defendants. | Case No. 2:22-cv-424-JRG <br><br> **LEAD CASE** |

### AMENDED [PROPOSED] COMMISSION FOR DEPOSITION TO BE TAKEN AT THE UNITED STATES EMBASSY AT TOKYO, JAPAN

**TO ANY CONSUL OR VICE CONSUL OF THE UNITED STATES**

**UNITED STATES EMBASSY AT TOKYO, JAPAN**

UPON THE APPLICATION OF RESONANT SYSTEMS, INC. D/B/A REVELHMI, AND PURSUANT TO ARTICLE 17 OF THE UNITED STATES – JAPAN CONSULAR CONVENTION,

YOU HAVE BEEN DULY APPOINTED AND YOU ARE HEREBY AUTHORIZED TO TAKE THE ORAL DEPOSITION AT THE UNITED STATES EMBASSY IN TOKYO, JAPAN, OF THE FOLLOWING WITNESS WHO WILL APPEAR VOLUNTARILY:

MASAHITO ASAI LOCATED AT 1-7-1 KONAN MINATOKU, TOKYO 108-0075 JAPAN, EMPLOYER: SONY INTERACTIVE ENTERTAINMENT, INC.

THE DEPOSITION WILL COMMENCE ON OR ABOUT JULY 29, 2024, AT 8:30 A.M. TO 4:00 P.M., RESEPECTIVELY, AND TERMINATE ON SAME DATE.

COUNSEL FOR DEFENDANTS WHO WILL PARTICIPATE IN SAID DEPOSITION ARE MARK LANG, NICK APEL, ASAHI NAKAHARA, AND/OR YUJI TAKEUCHI; AND COUNSEL FOR PLAINTIFF WHO WILL PARTICIPATE IN SAID DEPOSITION ARE PAUL KROEGER, REZA MIRZAIE, KRISTOPHER DAVIS, JACOB BUCZKO, AND/OR CHRISTIAN CONKLE. ADDITIONALLY, VIDEOGRAPHER SCOTT YUKEN AND/OR TREVOR PRICE WILL BE PRESENT IN THE DEPOSITION ROOM. THE PROCEEDINGS WILL BE REPORTED BY ONE OF THE FOLLOWING COURT REPORTERS: MARY ALLRED, CHARLOTTE LACEY, HANAKO, KAKU, GRACE LIU. PLEASE CAUSE THE TESTIMONY OF SAID WITNESS TO BE REDUCED TO WRITING AND THE DEPOSITION SIGNED BY SAID WITNES AND ANNEX SAID DEPOSITION TESTIMONY TO YOUR COMMISSION AND CLOSE THE SAME UNDER YOUR SEAL AND MAKE RETURN THEREOF TO THIS COURT WITH ALL CONVENIENT SPEED.

**SO ORDERED.**

DATED:

UNITED STATES DISTRICT JUDGE