**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, <br><br> Plaintiff, <br><br> v. <br><br> SONY GROUP CORP. and SONY INTERACTIVE ENTERTAINMENT INC., <br><br> Defendants. | Case No. 2:22-cv-00424-JRG-RSP <br><br> **JURY DEMANDED** |

## JOINT MOTION FOR ENTRY OF THIRD AMENDED DOCKET CONTROL ORDER

Plaintiff Resonant Systems, Inc. d/b/a RevelHMI ("Resonant") and Defendants Sony Group Corp. and Sony Interactive Entertainment Inc. (collectively, "Defendants") (all together, the "parties"), hereby file this joint motion to amend the Second Amended Docket Control Order (Dkt. 82). The parties seek a modest extension (a few days) of the deadlines to serve expert witness disclosures, complete expert discovery, file motions for summary judgment and motions to strike, and serve pretrial disclosures as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| September 29, 2024 | September 30, 2024 | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| September 20, 2024 | September 24, 2024 | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order. Motions for Summary Judgment shall comply with Local Rule CV-56. |

| September 6, 2024 | September 10, 2024 | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
|---|---|---|
| September 6, 2024 | September 10, 2024 | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court.<br><br>Motions shall comply with Local Rule CV-56 and Local Rule CV-7.  <u>Motions to extend page limits will only be granted in exceptional circumstances.  Exceptional circumstances require more than agreement among the parties.</u> |
| August 30, 2024 | September 4, 2024 | Deadline to Complete Expert Discovery |
| August 23, 2024 | August 27, 2024 | Serve Disclosures for Rebuttal Expert Witnesses |
| August 2, 2024 | August 6, 2024 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

This extension does involve small modifications to "*" dates. The parties believe good cause nonetheless justifies the extension as Plaintiff's counsel has been involved in a trial that has continued almost one-week longer than expected. Further, the extension will assure that the deposition transcript of the witness in Japan (currently scheduled for July 29) can be fully reviewed by the parties' respective experts before the expert reports are served. This requested extension does not affect any other starred dates than those listed above, the pretrial conference, or the trial date. Accordingly, the parties respectfully request that the Court enter the parties' proposed Third Amended Docket Control Order as reflected in the attached Order.

Dated:  July 25, 2024

/s/ *Mark C. Lang*
Eric A. Buresh
KS Bar No. 19895
Mark C. Lang
KS Bar No. 26185
ERISE IP, P.A.
7015 College Blvd, Suite 700
Overland Park, KS 66211
Email: eric.buresh@eriseip.com
Email: mark.lang@eriseip.com
Telephone: (913) 777-5600
Facsimile: (913) 777-5601

Melissa Smith
Texas State Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

***Attorneys for Defendants Sony Group Corporation and Sony Interactive Entertainment Inc.***

Respectfully submitted,

/s/ *Paul A. Kroeger*
Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347
ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

***Attorneys for Plaintiff***
***Resonant Systems, Inc. d/b/a RevelHMI***

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff met and conferred with Counsel for Defendants on June 25, 2024.

Counsel for Defendants do not oppose this motion.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2024, I served the foregoing document via electronic

service on all counsel of record.

/s/ *Paul A. Kroeger*
Paul A. Kroeger