IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| Resonant Systems, Inc. § § § | |
| v. § | CASE NO.2:22-cv-00424-JRG |
| § § § | |
| Sony Group Corporation . § | |

## REPORT OF MEDIATION

The above-captioned case was mediated in person by David Folsom on Tuesday, November 12, 2024, between Plaintiff and Defendant. After continued settlement discussions, a mediator's proposal was submitted to the parties and accepted.

Signed this Tuesday, December 17, 2024.

/s/ David Folsom
David Folsom
David@FolsomADR.com
TELPHONE: 903 277 7303
6002-B Summerfield Drive
Texarkana, Texas  75503
FORM - Mediation Report-28051497 2

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Tuesday December 17, 2024. As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

/s/ David Folsom
David Folsom