IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC., d/b/a RevelHMI, <br><br> *Plaintiff*, <br><br> v. <br><br> SONY INTERACTIVE ENTERTAINMENT INC., <br><br> *Defendant*. | § § § § § § § § § § § §  CIVIL ACTION NO. 2:22-CV-00424-JRG |

## ORDER

Before the Court is the Joint Motion to Stay Case (the "Motion") filed by Plaintiff Resonant Systems, Inc. and Defendant Sony Interactive Entertainment Inc. (Dkt. No. 165.) In the Motion, the parties represent that they have reached an agreement in principle and are preparing a settlement agreement. (*Id.* at 1.) The parties request a stay until January 17, 2025. (*Id.*)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** up to and including January 17, 2025, during which time appropriate dismissal papers are to be filed with the Court.

So Ordered this

Dec 17, 2024

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE